AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## Eastern District of Washington

RANDY P. STOUT, a married person in his separate estate,

    Plaintiff,

        v.

YAKIMA HMA, INC., et al.,

    Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV-10-3080-TOR

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to _hearing_ before the Court. The issues have been _heard_ and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that Defendants' Motion for Summary Judgment is granted; and Plaintiff's Motion for Partial Summary Judgment is denied.  Plaintiff's remaining claim of age discrimination is hereby dismissed, and Judgment is hereby entered in favor of Defendants.

February 14, 2014
*Date*

SEAN F. McAVOY
*Clerk*
s/ Penny Lamb
*(By) Deputy Clerk*
Penny Lamb